

305 Broadway, 14th Floor
New York, New York 10007
Tel: (212) 323-6880
Fax: (212) 323-6881
www.hwandf.com

Gabriel P. Harvis
gharvis@hwandf.com
Christopher D. Wright
cwright@hwandf.com
Baree N. Fett
bfett@hwandf.com

June 1, 2015

**BY ECF**
Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *Cortes v. City of New York, et al.*, 14 CV 3014 (SLT) (RML)

Your Honor:

    I represent plaintiff in the above-referenced civil rights action. I write to respectfully: 1) renew plaintiff's letter motion for production of labeled photographs dated May 13, 2015; and 2) request that the motion be deemed unopposed.

    Plaintiff's motion for labeled photographs was filed on May 13th. *See* Docket Entry Number 11. Pursuant to Your Honor's Individual Practices and Local Rules 37.3(c) and 6.4, defendants' response, if any, was due four days later, i.e. by May 18, 2015. Defendants have not responded to date.[1] Accordingly, plaintiff respectfully requests that the Court deem his application unopposed and, for the reasons set forth in his May 13th application, grant the relief requested therein.

    Thank you for your consideration of this request.

Respectfully submitted,

Gabriel P. Harvis

cc:    ACC Elissa Jacobs, Esq.

---

[1] As a courtesy, plaintiff reminded defendants of the pending application by e-mails dated May 28th and 29th. Defendants have not indicated that they have any intention of filing a response.