

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

Elissa B. Jacobs
*Special Federal Litigation*
(212) 356-3540
(212) 356-3509 (fax)
ejacobs@law.nyc.gov

June 29, 2015

**By ECF**
Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: Gonzalo Cortes, et al. v. City of New York, et al.,
     1:14-cv-3014-SLT-RML

Your Honor:

  I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of The City of New York, representing defendants in this action. I am writing on behalf of the parties, per Your Honor's Order, to provide you with a status update. As Your Honor may recall, plaintiff alleges that, on July 1, 2013, he was, *inter alia*, falsely arrested, maliciously prosecuted and subjected to excessive force once he was inside the 115th Precinct. The parties have been working to identify the officers who allegedly assaulted plaintiff while he was in the precinct. To this end, the parties are scheduling depositions of the precinct's supervisory officers, as well as the plaintiff, to begin in mid-July. The parties have also conducted a site visit at the precinct and defendants are in the process of producing photographs from that visit.

  Other than the discovery dispute regarding production of the prisoner roster, there are no other disputes to bring to the Court's attention at this time.

            Respectfully submitted,

            /s

            Elissa B. Jacobs

cc: Gabe Harvis Esq.  **By ECF**
  *Attorney for Plaintiffs*