UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK     Attorney: HARVIS & FETT LLP

GONZALO CORTES

Plaintiff(s)

- against -

Index # 14-CV-3014 (SLT)(RML)

Purchased January 11, 2016

CITY OF NEW YORK, ETAL

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

TAFFPHINA THOMPSON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on January 21, 2016 at 12:03 PM at

C/O 115TH PRECINCT
92-15 NORTHERN BOULEVARD
JACKSON HEIGHTS, NY 11372

deponent served the within AMENDED SUMMONS & SECOND AMENDED COMPLAINT on POLICE OFFICER SHAUN RYAN, SHIELD NO. 10960 therein named,

**SUITABLE AGE**    by delivering thereat a true copy of each to S.P.A.A. PELLICANE a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. She identified herself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 40 | 5'8 | 180 |

**MAILING**    Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

C/O 115TH PRECINCT
92-15 NORTHERN BOULEVARD
JACKSON HEIGHTS, NY 11372

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on January 21, 2016 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

**MILITARY SERVICE**    Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

PERSON SPOKEN TO REFUSED TO STATE TRUE FIRST NAME.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: January 21, 2016

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2019

RALPH MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Commission Expires April 11, 2019

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2019

TAFFPHINA THOMPSON
License #: 2019271

Invoice #: 640211

UNITED PROCESS SERVICE, INC. 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 (212) 619-0728 NYCDCA#1102045