

**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, NY  10007

ZACHARY W. CARTER
*Corporation Counsel*

Elissa B. Jacobs
*Special Federal Litigation*
(212) 356-3540
(212) 356-3509 (fax)
ejacobs@law.nyc.gov

February 24, 2016

**By ECF**
Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Gonzalo Cortes, et al. v. City of New York, et al.,
        1:14-cv-3014-SLT-RML

Your Honor:

I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of The City of New York, representing defendants in this action.  I am writing to request that the settlement conference, currently scheduled for March 8, 2016, be adjourned until April 7 or April 26.  Plaintiff's counsel, Gabriel Harvis, consents to this request.  I am also writing on behalf of the parties to request that all deadlines in the case be extended by thirty days.

I am requesting that the settlement conference in this case be adjourned because I will be on vacation March 3 through March 9th, and therefore unavailable for the conference.  Following a consultation with Your Honor's chambers, the parties are requesting that the settlement conference be adjourned to April 7 or April 26, 2016.  In addition, the parties are requesting that all dates, including the date for production of expert reports and the discovery end date, be extended by thirty days in light of the later date of the settlement conference.

I thank the Court for its attention to this matter.

Respectfully submitted,

/s

Elissa B. Jacobs

Honorable Judge Levy
Cortes v. NYC, et al.
February 24, 2016
Page 2

cc:    Gabriel Harvis Esq.    **By ECF**
       *Attorney for Plaintiffs*