

GABRIEL P. HARVIS
BAREE N. FETT

April 5, 2016

BY ECF

Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *Cortes v. City of New York, et al.*, 14 CV 3014 (SLT) (RML)

Your Honor:

  I represent plaintiff in the above-referenced civil rights action. I write to respectfully: 1) renew plaintiff's letter motion to compel discovery dated March 22, 2016; and 2) request that the motion be deemed unopposed.

  Plaintiff's motion to compel was filed on March 22nd. *See* ECF no. 35. Pursuant to Your Honor's Individual Practices and Local Rules 37.3(c) and 6.4, defendants' response, if any, was due four days later, i.e. by March 28, 2016. Defendants have not responded to date. Accordingly, plaintiff respectfully requests that the Court deem his application unopposed and, for the reasons set forth in his March 22nd application, grant the relief requested therein.

  Thank you for your consideration of this request.

                Respectfully submitted,

                Gabriel P. Harvis

cc: ACC Elissa Jacobs, Esq.