

GABRIEL P. HARVIS
BAREE N. FETT

May 19, 2016

BY ECF
Honorable Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Cortes v. City of New York, et al.*, 14 CV 3014 (SLT) (RML)

Your Honor:

    I represent plaintiff in the above-referenced civil rights action. I write pursuant to the Court's order dated April 26, 2016, on behalf of the parties, to provide the Court with the below schedule for the remaining depositions. Additionally, the parties respectfully request an extension of the discovery deadline from June 29, 2016 until July 15, 2016, to accommodate the below schedule.

| Deponent | Date |
| --- | --- |
| Sergeant Stephen Daly | May 31, 2016 |
| Police Officer Christopher Musa | June 1, 2016 |
| Police Officer Shaun Ryan | June 7, 2016 |
| Police Officer Dominic Ruggiero | June 9, 2016 |
| Police Officer Sadiq | June 14, 2016 |
| Police Officer Matthew Smith | June 27, 2016 |
| Police Officer Mario Cappuccia | June 29, 2016 |

Hon. Robert M. Levy
May 19, 2016

| Deponent | Date |
|---|---|
| Police Officer Andrew Schulz | July 1, 2016 |
| Police Officer Caruso | July 13, 2016 |
| Police Officer John Cestaro | July 15, 2016 |

In accordance with above schedule, the parties respectfully request that the current discovery deadline of June 29, 2016 be extended until July 15, 2016.

Thank you for your consideration of this request.

                                                            Respectfully submitted,

                                                            Gabriel P. Harvis

cc:    ACC Elissa Jacobs, Esq.