

**GABRIEL P. HARVIS**
**BAREE N. FETT**

```
                                    FILED
                              IN CLERK'S OFFICE
                          U.S. DISTRICT COURT E.D.N.Y.

                              ★  NOV 0 2 2016  ★

                               BROOKLYN OFFICE
```

October 31, 2016

BY ECF
Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11211

The application is ✓ granted. ___ denied.
SO ORDERED.

/s/ Sandra L. Townes
Sandra L. Townes, U.S.D.J.
Dated: November 2, 2016
Brooklyn, New York

Re:   *Cortes v. City of New York, et al.*, 14 CV 3014 (SLT) (RML)

Your Honor:

I represent plaintiff in the above-referenced civil rights action. I write on behalf of the parties pursuant to the Court's order dated October 18, 2016 to respectfully propose the following briefing schedule in connection with defendants' contemplated motion for summary judgment:

| | |
|---|---|
| Defendants' Motion Served: | December 15, 2016 |
| Plaintiff's Opposition Served: | December 29, 2016 |
| Defendants' Reply, if any, Served: | January 11, 2017 |

Thank you for your attention to this matter.

Respectfully submitted,

Gabriel P. Harvis

cc:   Elissa B. Jacobs, Esq.

305 BROADWAY 14TH FLOOR » NEW YORK » NEW YORK 10007 « 212.323.6880 « FAX 212.323.6881
www.civilrights.nyc