

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY  10007

**Elissa B. Jacobs**
*Special Federal Litigation*
(212) 356-3540
(212) 356-3509 (fax)
ejacobs@law.nyc.gov

December 19, 2016

**By ECF**
Honorable Sandra L. Townes
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     <u>Gonzalo Cortes, et al. v. City of New York, et al.,</u>
<u>1:14-cv-3014-SLT-RML</u>

Your Honor:

I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of The City of New York, representing the defendants in this action.  I write to respectfully request an extension of time, *nunc pro tunc*, to file defendants' motion for Summary Judgment, from December 15, 2016 to Tuesday, December 20, 2016.  Plaintiff's counsel, Gabriel Harvis, consents to this request.

Due to technical problems, I have been unable to file my motion since Thursday.  The initial problem was caused by work done on this Office's server on Thursday afternoon.  I have since been out of the office and have been unable to access these files remotely, nor was I able to file a letter requesting an extension.  I am therefore requesting this brief extension of time in order to file defendant's motion.  In light of this, I am also requesting that plaintiff's time to oppose the motion be extended to January 6, 2017 and defendants' time to file a reply be extended to January 17, 2017.  These dates were selected in conjunction with Mr. Harvis.

I apologize to the Court for the delay in sending this request and I thank the Court for it's attention to this matter.

Respectfully submitted,

/s

Elissa B. Jacobs

cc:     Gabriel Harvis Esq.          **By ECF**
*Attorney for Plaintiffs*