

GABRIEL P. HARVIS
BAREE N. FETT

January 5, 2017

**BY ECF**

Honorable Sandra L. Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11211

Re: *Cortes v. City of New York, et al.*, 14 CV 3014 (SLT) (RML)

Your Honor:

I represent plaintiff in the above-referenced civil rights action. I write with the consent of defendants to respectfully request a one-week adjournment of the deadline for plaintiff to serve his opposition to defendants' motion for summary judgment, and a commensurate extension of defendants' reply and filing deadlines.

By order dated December 19, 2016, the Court granted defendants' request to adjourn their deadline to serve their motion for summary judgment until December 20, 2016. The period of time allotted for plaintiff to prepare his opposition papers thus included the Christmas, Chanukah and New Year's holidays. Consequently, the undersigned was unable to devote sufficient time to the preparation of plaintiff's opposition brief. Accordingly, if it should please the Court, plaintiff respectfully requests a brief extension of the opposition deadline and respectfully proposes the following proposed revised briefing schedule for the Court's consideration:

| | |
|---|---|
| Plaintiff's Opposition Served: | January 13, 2017 |
| Defendants' Reply, if any, Served: | January 24, 2017 |
| Fully Briefed Motion Filed: | January 24, 2017 |

Hon. Sandra L. Townes
Jan. 5, 2017

  In light of the foregoing, plaintiff respectfully requests that the Court review and adopt the proposed revised briefing schedule. Thank you for your consideration of this request.

                Respectfully submitted,

                Gabriel P. Harvis

cc:  Elissa B. Jacobs, Esq.

The application is ✓ granted. ___ denied.
SO ORDERED.
   s/SLT

Sandra L. Townes, U.S.D.J.
Dated: January 5, 2017
  Brooklyn, New York