UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

GONZALO CORTES Plaintiff,

      -against-

THE CITY OF NEW YORK, et al.,

                Defendants.

-------------------------------------------------------- x

14-cv-3014 (SLT) (RML)

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE** that upon the Declaration Elissa B. Jacobs, dated December 20, 2016, and the exhibits annexed thereto; the Local Civil Rule 56.1 Statement of Defendants, dated December 20, 2016; the Memorandum of Law in Support of Defendants' Motion for Summary Judgment, dated December 20, 2016, and upon all prior pleadings and proceedings had herein, defendants The City of New York, Matthew Smith, Christopher Musa, Shaun Ryan, Andrew Schulz, Stephen Daly, Mario Cappuccia and Peter Rodeschin, will move this Court before the Honorable Sandra L. Townes, United States District Judge, at the United States Courthouse for the Eastern District of New York, , on a date and time to be determined by the Court, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment to the defendants and partially dismissing plaintiff's Complaint, together with such other and further relief as this Court deems just proper on the grounds that there are no material issues of fact that warrant a trial against them.

Dated: New York, New York
December 20, 2016

                          Yours, etc.,

                          ZACHARY W. CARTER
                          Corporation Counsel of the
                          City of New York
                          Attorney for Defendants
                          100 Church Street, Room 3-193
                          New York, New York 10007
                          (212) 356-3540
                          ejacobs@law.nyc.gov

                      By:   /s_____
                                 Elissa B. Jacobs