Page 1

```
 1
 2   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
 3   Case No. 14 CV 3014 (SLT)(RML)
 4   - - - - - - - - - - - - - - - - - - -x
     GONZALO CORTES,
 5
                                   Plaintiff,
 6
                    -against-
 7
     CITY OF NEW YORK; Sergeant JONCRIS
 8   RZONCA, Shield No. 2960; Police Officer
     MATTHEW SMITH, Shield 9407; Police
 9   Officer CHRISTOPHER MUSA, Shield No.
     9064; Police Officer DOMINIC RUGGIERO,
10   Shield No. 20894; and JOHN and JANE DOE
     1 through10, individually and in their
11   official capacities (the names John and
     Jane Doe being fictitious, as the true
12   names are presently unknown),
13                                Defendants.
     - - - - - - - - - - - - - - - - - - -x
14
                       305 Broadway
15                     New York, New York
16                     August 25, 2015
                       10:20 a.m.
17
18      DEPOSITION of JOSE GUZMAN, a Non-Party
19   Witness, in the above-entitled action,
20   held at the above time and place, taken
21   before Arthur Hecht, a Shorthand Reporter
22   and Notary Public of the State of New
23   York, pursuant to the Federal Rules of
24   Civil Procedure, and stipulations between
25   Counsel.
```

```
 1
 2   A P P E A R A N C E S :
 3
     HARVIS & FETT, ESQS.
 4   Attorneys for Plaintiff
     305 Broadway
 5   New York, New York 10007
     BY:  GABRIEL HARVIS, ESQ.
 6       -and-
          BAREE N. FETT, ESQ.
 7
 8
     ZACHARY W. CARTER, ESQ.
 9   CORPORATION COUNSEL, THE CITY OF NEW YORK
     100 Church Street
10   New York, New York 10007
     BY:  ELISSA B. JACOBS, ESQ.
11
12
               *      *      *
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 92

1                    Guzman
2     A.    It depends on what type of
3  custody.  If he got injured while being
4  placed in handcuffs, I would not do a
5  letterhead, I would not do a 40 -- we call
6  it a 49.
7     Q.    That's on the arrest report,
8  right, stuff like that?
9     A.    That would be under the medical
10 treatment of prisoner form.
11    Q.    Right.
12    A.    If -- to my understanding, if he
13 were to be injured in the cell area by an
14 officer, then there I would -- I would
15 probably do a -- not probably, I
16 personally would do a 49.
17    Q.    Now, let's say, I just want to
18 tease this out for a minute, so let's say
19 a couple of things, let's say that the
20 person isn't injured by an officer,
21 they're walking out of the cell or walking
22 into the precinct, they trip over
23 something and they bump their head, so
24 it's not like somebody beat them up but
25 they just got hurt, would there be a

Veritext Legal Solutions
212-267-6868    www.veritext.com    516-608-2400

```
                                              Page 93
 1                    Guzman
 2    department letterhead at that point --
 3         A.    No.
 4         Q.    -- in your experience?
 5         A.    No, just medical treatment of
 6    prisoner form.
 7         Q.    Let's say that no officer
 8    reports a use of force, but a prisoner
 9    says to reports having been injured by an
10    officer, so there's a dispute, the person
11    says they're injured by an officer,
12    there's no report from an officer, as a
13    desk sergeant, would you prepare a
14    letterhead report memo on it?
15         A.    A letterhead or unusual?  It
16    depends on the -- I interview the
17    prisoners that are claiming injuries, and
18    if the prisoner is claiming -- if the
19    prisoner is claiming that they're injured
20    by Officer Ryan, let's just say, if a
21    prisoner's claiming that they've been
22    injured in the cells by Officer Ryan, I
23    ask for the details of that.
24               If he's claiming -- if he's
25    claiming he was injured excessive force
```

Page 94

1              Guzman
2  while in the cells, I personally call
3  Internal Affairs.
4       Q.   Okay.  Your understanding is
5  when a prisoner alleges the use of
6  excessive force by a police officer while
7  in custody, that warrants a call from the
8  command to the Internal Affairs Bureau?
9       A.   Yes.
10           MS. JACOBS:  Objection.
11      Q.   Okay.  If a call is made like
12 that to Internal Affairs, where would you
13 document that, if anywhere, command log?
14      A.   No, I would not document that in
15 the command log.  I personally would
16 document that in -- I'm not even sure.
17      Q.   Okay.
18      A.   I think if I ever came across a
19 situation like that, maybe the telephone
20 record.
21      Q.   What's the telephone record?
22      A.   It's a -- telephone record, it's
23 a book in the precinct where important
24 calls are made to the precinct.
25      Q.   I see.

Page 128

1      Guzman

2      A.    This usually just means they're
3  assigned their assignment, but if -- let's
4  just say throughout the course of the day,
5  one of the impact officers -- one of the
6  impact sergeants were to give Sergeant
7  Daly a break, then Sergeant Leontis were
8  to take the desk.
9      Q.    Inside of the precinct during
10 this tour, based on the roll call, the
11 command log and your own knowledge, is
12 there anyone above the rank of sergeant in
13 the command?
14         MS. JACOBS:  Objection.  He can
15     answer.
16     A.    Based on this roll call -- based
17 on this roll call, no.
18     Q.    Okay.
19     A.    But our tours -- our tours, they
20 could be another -- there could be a
21 higher rank working from a previous tour
22 that overlaps our tour.
23     Q.    Go you.
24         Is there in the overnight at the
25 115th Precinct when you were working

Page 129

1    Guzman
2    during that period of time, was there
3    normally or ordinarily a person above the
4    rank of sergeant present during those
5    tours?
6         MS. JACOBS:  Just to be clear,
7    for that period of time, you mean --
8         Q.    For the period of time when you
9    worked.  Well, no, actually I just mean in
10   your experience working overnights for the
11   115.
12        A.    Working overnights in the 115th,
13   there is usually is a higher rank working
14   with you.
15        Q.    Is that person usually a
16   lieutenant?
17        A.    That person is usually a
18   lieutenant.
19        Q.    Do lieutenants appear on role
20   calls?
21        A.    They do.
22        Q.    So do you think that -- you see
23   lieutenant on here?
24        A.    Yeah.
25        Q.    Great, what page?

Page 130

1         Guzman
2             MS. JACOBS:  You can refer to
3     the page.
4     Q.    Yes, each page has a number.
5     A.    Fifty-two, the lieutenant
6  assigned to midnight --
7     Q.    Yes.
8     A.    -- is listed as sick.
9     Q.    I see.
10    A.    He was long-term sick.
11    Q.    Okay.
12    A.    So we didn't have a lieutenant
13 working our tour for a few months.
14    Q.    I see, okay.
15          The few months that included
16 July 2013?
17    A.    That would be correct.
18    Q.    I guess I can ask you
19 specifically about this tour, on July 1,
20 2013 when you were working, was there a
21 lieutenant in the command?
22    A.    From my knowledge, according to
23 this, no.
24    Q.    What about your own independent
25 recollection?