# Prehospital Care Report Summary
## FDNY

**Date:** 07/01/2013  **Call #:** 0807  **Incident #:** 0807  **Booklet:** 80114061  **Branch:** STA46  **Time Zone:** America/New_York

### Call Information:

| | |
|---|---|
| **Disposition:** | Treated/Transported |
| **Unit #:** | 46B2 - 46B Tour 2: 0700-1500, Ground-Ambulance  **Trip Type:** N/A |
| **Run Type to Scene:** | Emergency |
| **Incident Facility:** | |
| **Incident Location:** | 92ST/ NORTHERN BLVD PCT 115 - JACKSON HEIGHTS, NY (Queens County) |
| **Incident Type:** | Scene of Accident or Acute Event - Jail |
| **Receiving Facility:** | 32 - Elmhurst Hosp. Center (Hospital) - 79-01 Broadway - Elmhurst, NY 11373 |
| **Facility Address:** | 79-01 BROADWAY #Q - ELMHURST, NY 11373 |
| **Destination Type:** | N/A |
| **Dest. Reason:** | Nearest Facility |
| **Registration #** | N/A |
| **Loaded Mileage:** | 1.0 (Total Mileage: 1.0) |
| **Crew Members:** | Sandra Butler, EMT Basic(DS)(DH); Dionner Espiritu, EMT Basic(DOC) |
| **Moved to Amb By:** | Walked with Assist  **Transport Position:** Sitting  **From Amb By:** |
| **Call Origin:** | 911  **Lights/Siren:** Scene-Not used / Destination-Not used |

| | |
|---|---|
| **# Patients Transported** | |
| In My Unit: | 1 |
| # Patients at Scene: | 1 |
| Call Received: | N/A |
| Dispatched: | 07:27:00 |
| En Route: | 07:27:00 |
| On Scene: | 07:32:00 |
| Patient Contact: | 07:37:02 |
| Left Scene: | 08:05:00 |
| At Destination: | 08:16:00 |
| Transfer of Care: | N/A |
| In Service: | N/A |
| Time On Scene: | 33 Min |
| Time to Destination: | 49 Min |
| Total Time of Run: | N/A Min |

### Patient Information:

**Name:** GONZALO CORTES
**Address:** [redacted]
**Phone:** [redacted]
**Email:**
**SSN:** [redacted]
**Driver License:** [redacted]

**DOB:** [redacted]
**Gender:** Male
**Age:** 44 Years
**Weight:** 185.0 lbs, **Broselow:**

**Other Contact Info**
**Name:**   **Phone:**   **Cell Phone:**
**Relationship:**

**Current Meds:** None  **Comments:**
**Env Allergies:** NKA  **Comments:**
**Med Allergies:** NKDA  **Comments:**
**Patient Physician:**
**Advanced Directives:**
**PMH:**
**Comment:**

### Payer Information:

**Priority:** Primary  **Name:** UHC (United Healthcare)  **Type:** Private Insurance  **Policy #:** [redacted]  **Group #:** [redacted]
**Policy Holder:** , , Apt ,   **Phone:**   **DOB:**
**Relationship of Patient to Insured:**

### Clinical:     Medical Need:

**Onset Date/Time:** 07/01/13 04:00:00
**Dispatch Reason (EMD):** SICK  SICK - Sick

**Chief Complaint:** my shoulder hurts
**Provider Impression:** No Medical Problem
**Mechanism of Injury:** Fight/Brawl
**Protocol 1:**   **Protocol 2:**

**FIRE DEPARTMENT -- CITY OF NEW YORK**

I hereby certify pursuant to CPLR 2306 and 2307 that this document is a true and accurate copy of a Fire Department record kept in the regular course of Fire Department business.

**Signature:** _[signature]_  **Date:** 8/27/15
**Print Name:** A Rondon  **Unit:** CDLS

### Assessments:

| Time | Employee | Type | Summary |
|---|---|---|---|
| | | ABC | Airway: Patent |

|  |  |  | **Breathing:** Normal **Quality:** Unlabored **Lung Sounds: Left:** Clear **Lung Sounds: Right:** Clear |
|  |  |  | **Skin Color:** Normal **Skin Temperature:** Normal **Skin Condition:** Normal |
|  |  | Injury | **Injury - Shoulder** |
|  |  |  | **Location Modifier:** Right **Injury:** Dislocation **Injury Modifier:** Deformity |
|  |  | Head To Toe | **Head and Neck:** |
|  |  |  |    **Left Eye:** Reactive |
|  |  |  |    **Right Eye:** Reactive |
|  |  | Neurological | **AVPU:** Alert |

## Vitals:

| Time | Employee | Summary |
|---|---|---|
| 07:42:00 | Espiritu, Dionner | **BP:** 150/ 100<br>**Pulse:** 98<br>**Resp:** 18<br>**Pain:** 8 |
| 08:07:00 | Espiritu, Dionner | **BP:** 146/ 98<br>**Pulse:** 96<br>**Resp:** 16<br>**Pain:** 7 |

## Treatments/Medications:

| Time | Employee | Summary |
|---|---|---|
| 07:38:00 | Espiritu, Dionner | **Treatment- 1 - BLS Assessment**<br>**Attempts:** N/A **Success:** Yes<br>**Level:** BLS |
| 07:40:00 | Espiritu, Dionner | **Treatment- Sling/Swathe**<br>**Attempts:** N/A **Success:** Yes<br>**Level:** BLS |

## Supply

| Qty | Supply |
|---|---|

## FlexFields:

| FlexField | Value |
|---|---|
| 07:38 1 - BLS Assessment - Medication Complication | Not Applicable |
| 07:40 Sling/Swathe - Medication Complication | Not Applicable |

## Narrative History Text:

FOUND 44 Y/O MALE SITTING IN JAIL, WAITING FOR EMS. PT STS THAT PD TOOK HIM DOWN WHEN HE WENT TO THE BATHROOM. PT C/O RT SHOULDER PAIN. DENIES HEAD/NECK/BACK PAIN. PT DENIES LOC, DENIES SOB, DENIES NAUSEA/ VOMITING. PT AOX3, AIRWAY PATENT, LUNG SOUND CLR = BILAT, ADQ CHEST RISE/FALL, CTC NORMAL, ABD SOFT - TENDER X 4 QUADS, HIP/PELVIS INTACT, +PULSE/MOTOR/SENSORY X 4 EXTS. PT TX W/ SLING/SWATHE. PT SAID I WANT IT LOOSE B/C HE IS NOT COMFORTABLE, AND REFUSE TO BE STABILIZE. PT TXP TO H32 W/ PD PCT 115 W/O INCIDENT.

**Auth Signature:** Yes   **Privacy Sig:** No   **Unable to Sign:** No   **Refused to Sign:** No

## Signature Image(s):

Authorization Signature - GONZELO CORTES - 07/01/2013 07:54

PATIENT INFORMATION DISCLOSURE AND ASSIGNMENT OF CLAIM: I acknowledge that I have been given the Notice of Privacy Practices and Patient Information Release/Assignment of Claim, set forth on the Patient Copy of this Prehospital Care Report and have read or been informed of their contents, including the purposes for which my protected health care information will be shared, and my responsibility for any charges for services not covered by my insurance or found to be

Privacy Notice Signature

medically unnecessary. I hereby authorize, for myself or my dependent(s), the release of medical and other information for the purposes specified, including treatment and billing. I further authorize and assign payment of Medicare and any other authorized benefits to the NYC Fire Department.



Receiving RN / MD Signature - ofori - 07/01/2013 08:24



Technician Signature - Espiritu, Dionner - 07/01/2013 08:31



I Refuse Treatment/Transportation Signature - GONZELO CORTES - 07/01/2013 07:55
RELEASE/REFUSAL OF MEDICAL ASSISTANCE (RMA): I have been advised and I understand that I require medical assistance, and will be transported to a hospital of my choice, and that my refusal to accept such medical assistance may imperil my health or result in death, but I nonetheless refuse to accept the medical assistance. I agree to assume all risks, consequences and costs of my decision not to accept such care, and I release the provider of ambulance service, and its employees, agents and independent contractors, from any liability arising from my decision.



Witness Signature for Refusal - pd 9407 pct 115 - 07/01/2013 07:56

