## Event Chronology -- D13070104310 [5 Year Archive]

System Comments     Associated Events

| Event | Time | Date | Terminal | Operator | Action |
|---|---|---|---|---|---|
| 13070104310 | 07:26:21 | 7/1/2013 | ps1-d34 | 338478 | EVENT CREATED: Location=92-15 NORTHERN BLVD QN : @115 PCT , Cross Streets=92 ST /93 ST , Zone=Z34 , PCT/Sector=115C , Post=115PP07 ,EMD Num=131820807 |
| | | | | | Route=AMB, PCT=QN, Sector=QN, St=New, P=3, Current=F, Open =T, Type=54S1-AMBULANCE CASE: SERIOUS/INSIDE, Open/Curent=F |
| | | | | | Route=D, PCT=115, Sector=115C, St=Pending, P=3, Current=F, Open =T, Type=54S1-AMBULANCE CASE: SERIOUS/INSIDE, Open/Curent=F |
| | 07:26:21 | 7/1/2013 | loi-search | 338478 | EVENT COMMENT=** LOI search completed at 07/01/13 07:26:21 |
| | | | | | AUTH 115 BASE HAVE EMS TO THE 115 PCT SH FOR A SICK PRISNOR .........D1972 |
| | 07:26:58 | 7/1/2013 | s11mt9mdt01 | 1 | EVENT UPDATED: Location=92-15 NORTHERN BLVD QN : @115 PCT , Cross Streets=92 ST /93 ST , Zone=Z34 , PCT/Sector=115C , Post=115PP07 ,EMD Num=131820807 ,EMD Pers=8763 |
| | | | | | EVENT UPDATED: Location=92-15 NORTHERN BLVD QN : @115 PCT , Cross Streets=92 ST /93 ST , Zone=Z34 , PCT/Sector=115C , Post=115PP07 ,EMD Num=131820807 ,EMD Pers=8763 |
| | | | | | Route=AMB, PCT=QN, Sector=QN, St=Pending, P=3, Current=F, Open =T, Type=54S1-AMBULANCE CASE: SERIOUS/INSIDE, Open/Curent=F |
| | 07:26:59 | 7/1/2013 | s11mt9mdt01 | 1 | Route=AMB, PCT=QN, Sector=QN, St=Pending, P=3, Current=F, Open =T, Type=54S1-AMBULANCE CASE: SERIOUS/INSIDE, Open/Curent=F |
| | | | | | Route=AMB, PCT=QN, Sector=QN, St=Held, P=3, Current=F, Open =T, Type=54S1-AMBULANCE CASE: SERIOUS/INSIDE, Open/Curent=F |
| | | | | | EVENT COMMENT=** Event held by a Route |
| | 07:27:06 | 7/1/2013 | s11mt9mdt01 | 1 | EVENT COMMENT=EMS Unit Dispatched NYPDJobNumber:13070104310 EMSJobNumber:131820807 |
| | | | | | DateTime:20130701072709ED EMSOperatorNumber:8610 UnitId:46B2 UnitType:BLS |
| | | | | | InitialDispatchFlag:I ETA:0732 Comments: |
| | 07:29:31 | 7/1/2013 | ps1-d34 | 338478 | Route=D, PCT=115, Sector=115C, St=Held, P=3, Current=F, Open =T, Type=54S1-AMBULANCE CASE: SERIOUS/INSIDE, Open/Curent=F |
| | | | | | EVENT COMMENT=** Event held by a Route |
| | 07:32:22 | 7/1/2013 | s11mt9mdt01 | 1 | EVENT COMMENT=EMS Unit Onscene NYPDJobNumber:13070104310 EMSJobNumber:131820807 |
| | | | | | DateTime:20130701073224ED EMSOperatorNumber:3419 UnitId:46B2 UnitType:BLS |
| | | | | | RouteFlag:N Comments: |
| | 07:34:42 | 7/1/2013 | ps1-rsqs | 320723 | Route=D, PCT=115, Sector=115C, P=3, Primary Member=0, Current=T, Open =F, Type=54S1-AMBULANCE CASE: SERIOUS/INSIDE, Open/Curent=F |

DEF 196

| Time | Date | Unit | | Event |
|---|---|---|---|---|
| | | | | EVENT CLOSED |
| | | | | Disposition Assigned=CANCELEV |
| 08:05:34 | 7/1/2013 | s11mt9mdt01 | 1 | EVENT COMMENT=EMS Unit Transporting Patient NYPDJobNumber:13070104310 EMSJobNumber:131820807 |
| | | | | DateTime:20130701080534ED EMSOperatorNumber:3419 UnitId:46B2 UnitType:BLS |
| | | | | HospitalCode:32 RouteFlag:N HospitalName:ELMHURST HOSPITAL Comments: |
| 08:07:43 | 7/1/2013 | 1pp-amb1 | | Route=AMB, PCT=QN, Sector=QN, P=3, Primary Member=0, Current=T, Open =F, Type=54S1-AMBULANCE CASE: SERIOUS/INSIDE, Open/Curent=F |
| 08:07:43 | 7/1/2013 | 1pp-amb1 | | EVENT CLOSED |
| 08:07:43 | 7/1/2013 | 1pp-amb1 | | Disposition Assigned=CANCELEV |
| 08:41:14 | 7/1/2013 | s11mt9mdt01 | 1 | EVENT COMMENT=EMS Unit Removed NYPDJobNumber:13070104310 EMSJobNumber:131820807 |
| | | | | DateTime:20130701084114ED EMSOperatorNumber:3419 UnitId:46B2 UnitType:BLS |
| | | | | RemovalFlag:N Comments: |
| 08:41:15 | 7/1/2013 | s11mt9mdt01 | 1 | EVENT COMMENT=EMSComplaint Closed NYPDJobNumber:13070104310 EMSJobNumber:131820807 |
| | | | | DateTime:20130701084114ED EMSOperatorNumber:3419 FinalDispositionCode:82B |
| | | | | Comments: |





DEF 197