

### NYU HJD
**Orthopaedic Surgery**



Drew A. Stein, MD
Board Certified Orthopaedic Surgeon
Specializing in Sports Medicine & Arthroscopic Surgery
Clinical Assistant Professor Orthopaedic Surgery

## DREW A. STEIN, MD

Date: 3/3/16
RE: Cortes, Gonzalo

**Narrative Report:**

**CC:** right shoulder pain

**HPI:** 47 y/o RHD male presents with right shoulder pain s/p injury on 7/1/13. The patient was arrested and thrown into bars. He was taken by ambulance to Elmhurst ER. He reported right shoulder pain and back pain. He subsequently had right shoulder arthroscopy 1/22/15. He is currently getting physical therapy two times per week. He is getting trigger point injections as well. He reports continued pain. He reports his pain is a 7/10. He reports pain at night. He reports pain with lifting. He reports pain with overhead activity. He reports he cannot push or pull. He reports he is currently working with pain.

**ROS:**
General: Denies fever, chills, sweats, anorexia, fatigue, weakness, malaise, unintended weight loss, and sleep disorder.
Derm: Denies excessive perspiration, night sweats, suspicious lesions, and rash.
Cardiovascular: Denies SOB, chest pain, lower extremity swelling.
Neuro: Denies difficulty with concentration, poor balance, headaches, dizziness
GI: Denies nausea, vomiting, diarrhea, loss of appetite.

**PMH:** High cholesterol

**PSH:** Right shoulder arthroscopy with RTC debridement, subacromial decompression, and distal clavicle excision (1/22/15), right hand operation (removal of glass)

**Meds:** high cholesterol medication, ibuprofen

**All:** NKDA

**SH:** Denies tobacco

**FH:** Non-contributory

**Physical Examination:**
General: Well-developed, well-nourished, no apparent distress. 5'7" 185 lbs.

Midtown: 36 West 44th Street • Suite 401 • New York, NY 10036
FiDi: 30 Broad Street • Level A • New York, NY 10004
UES: 201 E. 65th Street • New York, NY 10065
P: 212-398-2300 • F: 212-398-8356 • www.drewstein.com

Gait: Normal heel-toe gait pattern.

Right Shoulder:
Arthroscopic portals well healed, 2+ pulses, sensation intact, radial, ulnar, median, and axillary nerves intact, RTC strength 2+/5, TTP over biceps tendon, + Neer, negative Hawkins, + O'Briens, + Speeds, negative AC joint tenderness, scapula with normal attitude.

| | Left | Right |
|---|---|---|
| Flexion (Normal: 180) | 180 | 160 |
| Abduction (Normal: 180) | 180 | 150 |
| External Rotation (Normal: 65) | 65 | 35 |
| Internal Rotation (Normal: mid-thoracic) | MT | BP |

**Radiographs:**

**Review of medical records:**
1. Elmhurst Hospital's medical records reviewed
2. X-rays of the right shoulder from 7/1/13: normal exam
3. MRI of the right shoulder from 11/14/14: tendinopathy with partial thickness rotator cuff tears.
4. FDNY Prehospital Care Report Summary reviewed
5. The New York Hospital Medical Center of Queens' medical records reviewed
6. Operative report from 1/22/15: Right shoulder arthroscopy with RTC debridement, subacromial decompression, and distal clavicle excision (Dr. Tony Quach).

**Impression: Right shoulder s/p RTC debridement, subacromial decompression, and distal clavicle excision with continued post-operative pain**

**Causality:** The patient's complaints and surgery are, within a reasonable degree of medical certainty, related to the described accident on 7/1/13.

**Disability:** The patient has a marked orthopedic disability.

**Prognosis:** Fair

**Work:** The patient is working as a food runner in a kitchen.

**Treatment:** The patient requires a post-operative MR arthrogram of the right shoulder. This will cost $1,800.00. He will likely need a revision surgery for a right shoulder arthroscopy and open biceps tenodesis. This will cost $35,000.00 including the facility fee, anesthesia fee, surgeon fee and implant fee. He will require post-operative physical therapy 3 times per week for 3 months. This will cost $150 per visit.

Respectfully,

Drew A. Stein, MD