

**THE NEW YORK HOTEL TRADES COUNCIL**
**HEALTH CENTER, INC.**
THE HOTEL ASSOCIATION OF NEW YORK CITY, INC

Harlem Health Center
133 Morningside Avenue
New York, NY 10027 1-212-923-2525

**PATIENT DEMOGRAPHICS**

DATE: 08/09/16
MEDICAL RECORD NUMBER: 961057
LAST NAME: CORTES
FIRST/MIDDLE NAME: GONZALO A
DOB: ___
SEX: [X] MALE  [ ] FEMALE

HC CONTACT: _____ PHONE#: _____ EXT_____ FAX#: _____

## PRE-ADMISSION / ADMISSION

### Patient Information

Address: _____
ASTORIA, NY 11106-1203
Home Phone: _____
Work phone: _____
Relationship to Subscriber: Member
Eligibility Approval Date: _____
By: _____

### Subscriber Information

Name: CORTES, GONZALO A
BCBS ID #: _____
Birthdate: _____  Sex: [X] MALE  [ ] FEMALE
Address: _____
ASTORIA, NY 11106-1203
Home Phone: _____

### ADMISSION INFORMATION

Diagnosis Code: M75.111    Description: Incomplete rotator cuff tear or rupture of right shoulder, not specified as trau
Procedure: CPT 4 Code: 29826    Description: SHOULDER ARTHROSCOPY/SURGERY
Admitting Physician: Seneviratne, Aruna    TIN: _____
Hospital: MSC
Address: _____
Office Phone Number: _____
Hospital Phone Number: _____

Admission:  [X] Date: 08/17/16    [ ] Ambulatory  [ ] Inpatient _____ Days
Surgery:    [X] Date: 08/17/16    Anesthesia: [ ] Local  [ ] General

ALLERGIES: No known allergies

Additional Information:
FAXED/ RESCHEDULED

Electronically Signed By Physician: Seneviratne, Aruna    _____ MD
PRINT NAME    SIGNATURE

Medical Director: _____ MD    _____ MD
PRINT NAME    SIGNATURE

Ref. # _____

**PLEASE NOTE:** Fax Authorization to Blue Cross Blue Shield **1 (800) 241 – 5308**

P314