```
 1
 2   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
 3   14 CV 3014 (SLT)(RML)
     ------------------------------------------x
 4   GONZALO CORTES,
 5                        Plaintiff,
 6        - against -
 7   CITY OF NEW YORK; Sergeant JONCRIS
     RZONCA, Shield No. 2960; Police Officer
 8   MATTHEW SMITH, Shield No. 9407; Police
     Officer CHRISTOPHER MUSA, Shield No.
 9   9064; Police Officer DOMINIC RUGGIERO,
     Shield No. 20894; Police Officer SHAUN
10   RYAN, Shield No. 10960; Police Officer
     JOHN CESTARO, Shield No. 9553; Police
11   Officer ANDREW SCHULZ, Shield No. 5758;
     Sergeant STEPHEN DALY, Shield No. 944;
12   Police Officer MARIO CAPPUCCIA, Shield
     No. 19046; and JOHN and JANE DOE 6
13   through 10, individually and in their
     official capacities(the names John and
14   Jane Doe being fictitious, as the true
     names are presently unknown),
15
                         Defendants.
16   ------------------------------------------x
                      June 10, 2016
17                    10:17 a.m.
18       EXAMINATION BEFORE TRIAL of POLICE
19   OFFICER MATTHEW SMITH, one of the Defendants
20   herein, taken by the Plaintiff, held at the
21   offices of Harvis & Fett LLP, located at 305
22   Broadway, 7th Floor, New York, New York 10007,
23   before Anthony Giarro, a Registered
24   Professional Reporter and a Notary Public of
25   the State of New York.
```

```
 1
 2     A P P E A R A N C E S :
 3
 4     HARVIS & FETT LLP
         Attorneys for Plaintiff
 5       305 Broadway, 14th Floor
         New York, New York 10007
 6
       BY:   GABRIEL P. HARVIS, ESQ.
 7           BAREE N. FETT, ESQ.
 8
 9     NEW YORK CITY LAW DEPARTMENT
       CORPORATION COUNSEL
10       Attorneys for Defendants
         100 Church Street
11       New York, New York 10007
12     BY:   ELISSA JACOBS, ESQ.
13
14
15
16
17
18
19
20
21
22
23     Also Present:   Chris Hanlon, Videographer
24
25
```

```
                        MATTHEW SMITH
 1
 2      A      I believe that I noted the
 3   injury in the -- I forget the form -- the
 4   prisoner treatment form.
 5      Q      The medical treatment of
 6   prisoner form?
 7      A      Prisoner form.
 8      Q      You're talking about the
 9   form that was prepared like three hours
10   later?
11      A      Yes.
12      Q      So let's talk about at that
13   moment in time when he was RMA'd, where
14   did you write that down?
15             MS. JACOBS:  Objection.  I
16      have no idea what you mean when he
17      was RMA'd.
18             MR. HARVIS:  He was offered
19      medical assistance at the scene, and
20      he refused it.  The officer just
21      acknowledged that he was RMA.  And
22      I'm asking where he wrote that down
23      at the time.
24      A      I didn't.
25      Q      You wrote it down about the
```

```
                                                        Page 70
 1                    MATTHEW SMITH
 2   victim, though; right?
 3        A         Yes.
 4        Q         Any reason why you made a
 5   note of it for the victim but not for
 6   Gonzalo Cortes?
 7        A         Because there's -- I guess
 8   the way it worked was victims, you had to
 9   fill out the aided card.  And that's what
10   I filled out.
11        Q         And for a prisoner, you fill
12   out a medical treatment of prisoner form;
13   right?
14                  MS. JACOBS:  Objection.  You
15      can answer.
16        A         The way -- the way I was
17   shown was that that paperwork was only
18   for if they were going to the hospital.
19   That was needed for when they went to
20   CBQ.  I don't remember ever filling that
21   out for anything like that.
22        Q         Was Mr. Cortes crying?
23        A         I don't remember.
24        Q         Did he appear to you to be
25   in agonizing pain when you saw him?
```

```
                                                    Page 82
 1                      MATTHEW SMITH
 2   about?
 3        A       I can't speak for anybody
 4   else.  Me personally, I probably wouldn't
 5   have documented that.
 6        Q       So someone who tells you
 7   that they're having pain in their
 8   shoulder wouldn't be documented?
 9        A       Not necessarily.
10        Q       How about somebody who was
11   visibly intoxicated?  Would that be
12   documented anywhere?
13        A       In the arrest report, I
14   believe.
15        Q       What would you do?
16        A       I would put it in my
17   narrative.
18        Q       What about in the physical
19   mental condition?
20        A       Most likely, not.
21        Q       Is there a space for it?
22        A       From looking at it
23   yesterday, there is.
24        Q       Any reason why someone would
25   be intoxicated visibly and you wouldn't
```

1  MATTHEW SMITH
2  offered that EMS come out because he had
3  made a comment about it.  It wasn't like
4  his, you know, wrist was broken or we
5  thought his wrist was broken and he was
6  refusing to have EMS treat him when we
7  thought that would have been best, if
8  that makes sense.
9        Q       So my question is pretty
10 straightforward.
11               If there is a box and it
12 says RMA, question mark, and there's a
13 yes and a no and you offered someone
14 medical attention like you offered him
15 medical attention and he refused, how
16 should that box be checked?
17       A       It probably should have been
18 checked.
19       Q       Checked yes; right?
20       A       Yes.
21       Q       Where is the prisoner
22 pedigree form for Gonzalo Cortes?
23       A       What do you mean where is
24 it?
25               MS. JACOBS:  Objection.

1                   MATTHEW SMITH
2      No. 2.
3              MS. JACOBS:  I think just
4      for the record, we wanted to correct
5      the witness's last answer.
6      A       I was referring to the
7  medical treatment of prisoner form, not
8  the pedigree form.  I mixed up the two
9  documents.
10     Q       No problem.  And I'm not
11 trying to like get you or anything.  We
12 don't have the prisoner pedigree form.
13 It hasn't been produced.  So I'm trying
14 to figure out where it could be.  And
15 that's why I asked you where the last
16 time you saw it was.  So when was that?
17     A       When I filled it out and
18 handing it to the desk sergeant.
19     Q       Is that form like a carbon
20 copy form where there's multiple sheets
21 or is it just one sheet?
22     A       I believe it's one sheet.  I
23 know that they were usually photocopied.
24     Q       When you say "usually
25 photocopied," like at what point?

1                MATTHEW SMITH
2      A       I don't know.
3      Q       Have you ever seen them
4    photocopied?
5      A       Personally?
6      Q       You're saying the blank form
7    was a photocopied form?
8      A       The form that I would fill
9    out would usually be -- or always was --
10   a photocopied form.  I never saw a carbon
11   copy, an actual, original.
12     Q       And you would hand that in
13   to --
14     A       -- the desk sergeant.
15     Q       And that's what you did with
16   the one for Gonzalo Cortes?
17     A       Yes.
18     Q       Have you ever looked for it
19   at the 115th Precinct?
20     A       No.
21     Q       Have you ever been asked to?
22     A       No.
23     Q       Do you know how you filled
24   the form out?
25     A       No.

```
                                              Page 181
 1                  MATTHEW SMITH
 2       A        I don't remember signing
 3   this form.
 4       Q        Any doubt that that's your
 5   signature?
 6       A        Yes.
 7       Q        You have doubts?
 8       A        Yes.
 9       Q        Does your handwriting appear
10   on this document?
11       A        It doesn't look like it.
12       Q        The remarks section is not
13   your handwriting to your eye?
14       A        No.
15       Q        Do you know whose
16   handwriting it is?
17       A        No.
18       Q        Would another officer be
19   authorized to put your signature on this
20   form?
21       A        No.
22       Q        Do you see where it says "if
23   injury" and it says "old and new"?
24   There's two different boxes?
25       A        Yes.
```