132     Monday July 1 2013

| | | | |
|---|---|---|---|
| 0350 | Arrest | | |
| 0900 | 169 | | |

@ NGUEN w/ PO S#012 Records Shoulder Pain by EMS 4CB2- Stretch

1395 - Dischrg
- To CBQ SC47
Caruso SADIE

**A/O** Rank PO Name Smith    Tax# 952253 Shield #    CMD 169
**Defendant's Name** Cortes, Gonzalo    D: 42 Sex M Race H
**Defendant's Address**    Apt# City State Zip
**Location of Arrest** 78-11 Roosevelt    Arrest Time 0338 Deft's Funds 10.00 Funds Rtnd 10.00
**Charge(s)** Assault 3    Personal Property Removed / (If Yes - Type)
**Physical/Mental Condition** — Shoulder hurting — quested? NO   Any Disabilities? NO
**RMP Check?** Y N
**Any Dependents / Children Uncared For?** Other info?
**Remarks:**
**Supervisor Verifying Arrest (Rank, Name)** Sgt Rivera Tax# Shield # CMD