

# New York City Police Department
## Omniform System - Arrests

**RECORD CONTAINS SEALED INFORMATION.**
THIS RECORD MAY NOT BE MADE AVAILABLE TO ANY PERSON
OR PUBLIC OR PRIVATE AGENCY OUTSIDE THE POLICE DEPARTMENT.

| | |
|---|---|
| **RECORD STATUS: SEALED** | **Arrest ID: Q13639344 - N** |
| **Arrest Location: FRONT OF 78-11 ROOSEVELT AVENUE** | **Pct: 115** |

**Arrest Date:** 07-01-2013   Processing Type: ON LINE
**Time:** 03:38:00   DCJS Fax Number: QO030339
Sector: **G**   Special Event Code: **NO -**
Strip Search Conducted: **NO**   DAT Number: **0**
Viper Initiated Arrest: **NO**
Stop And Frisk: **NO**   Return Date: **0000-00-00**
Serial #: **0000-000-00000**

## COMPLAINTS:    Arrest #: Q13639344

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2013-115-05397 | 2013-07-01 | Valid, No Arrests | 2013-07-01 | 03:05 |

| SEALED | SEALED |
|---|---|

## CHARGES:    Arrest #: Q13639344

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 120.00 01 M | A | | 1 | ASLT W/INT CAUSES PHYS INJURY |
| #02 | No | PL 240.26 01 V | | 0 | 1 | HARASSMENT-2ND:PHY CONTACT |

| DWI Arrest from: | # Injured: 00 | # Fatalities: 00 | Test Given: | B.A.C: | Reason Not Forfeit: |
|---|---|---|---|---|---|

| SEALED | SEALED |
|---|---|

## DETAILS:    Arrest #: Q13639344

AT T/P/O C/V STATES THAT DEFENDANT WAS INTOXICATED AND WAS REFUSED SERVICE. C/V STATES THAT DEFENDANT BECAME ANGRY AND DID STRIKE C/V IN MOUTH WITH AN OPEN HAND CAUSING PAIN, DISCOMFORT AND REDNESS TO MOUTH. C/V STATES THAT DEFENDANT THEN STARTED THROWING ICE AND BOTTLES BEHIND BAR. C/V R/M/A ON SCENE.

| SEALED | SEALED |
|---|---|

## DEFENDANT: CORTES, GONZALO A    NYSID #: 09328202N    Arrest #: Q13639344

| | | |
|---|---|---|
| Nick/AKA/Maiden: | Height: **5FT 7IN** | Order Of Protection: **NO** |
| Sex: **MALE** | Weight: **180** | Issuing Court: |
| Race: **WHITE HISPANIC** | Eye Color: **BROWN** | Docket #: |
| Age: **44** | Hair Color: **BLACK** | Expiration Date: |
| Date Of Birth: | Hair Length: **SHORT** | Relation to Victim: **STRANGER** |
| U.S. Citizen: **YES** | Hair Style: **STRAIGHT** | Living together: **NO** |
| Place Of Birth: **NEW YORK** | Skin Tone: **MEDIUM** | Can be Identified: **YES** |
| Is this person not Proficient in English?: **NO** | Complexion: **CLEAR** | |
| If Yes, Indicate Language: | | |
| Accent: **YES** | Soc.Security #: | |
| | Occupation: **OTHER** | Gang/Crew Affiliation: **NO** |
| Identification ID: | | Name: |
| Identification #: | | Identifiers: |
| Physical Condition: **APPARENTLY NORMAL** | Lic/Permit Type: | |
| Drug Used: **NONE** | Lic/Permit No: | |

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOME-PERMANENT | | | | | | 114 |

| Phone # and E-Mail Address: |
|---|

N.Y.C.H.A. Resident: **NO**   N.Y.C. Housing Employee: **NO**   On Duty: **NO**
Development:   N.Y.C. Transit Employee: **NO**

**Physical Force: USED**

Gun:
Weapon Used/Possessed: **NONE**   Make:   Recovered: **NO**
Non-Firearm Weapon:   Color:   Serial Number Defaced:
Other Weapon Description:   Caliber:   Serial Number:
   Type:
   Discharged: **NO**

Used Transit System: **NO**

| | |
|---|---|
| Station Entered: | |
| Time Entered: | |
| Metro Card Type: | |
| Metro Card Used/Poses: | |
| Card #: | |

| CRIME DATA | DETAILS |
|---|---|
| METHOD OF FLIGHT | NONE |
| MODUS OPERANDI | ASKED QUESTION / OFFERED ASSIS |
| ACTIONS TOWARD VICTIM | INJURY USING PHYSICAL FORCE |
| CLOTHING | FOOTWEAR - SANDALS - BLACK |
| CLOTHING | ACCESSORIES - JEANS - BLUE |
| CLOTHING | OUTERWEAR - T-SHIRT OR TANK TOP - BLUE |
| CLOTHING | HEADGEAR - UNK - UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

| SEALED | SEALED |
|---|---|

| JUVENILE DATA: | Arrest #: Q13639344 |
|---|---|

| | |
|---|---|
| Juvenile Offender: | Relative Notified: Personal Recog: |
| Number Of Priors: 0 | Name: |
| School Attending: | Phone Called: |
| Mother's Maiden Name: | Time Notified: |

| SEALED | SEALED |
|---|---|

| ASSOCIATED ARRESTS: | Arrest #: Q13639344 |
|---|---|

**ARREST ID  COMPLAINT #**

| SEALED | SEALED |
|---|---|

| DEFENDANTS CALLS: | Arrest #: Q13639344 |
|---|---|

**CALL #  NUMBER DIALED  NAME CALLED**
1       - -            REFUSED

| SEALED | SEALED |
|---|---|

| INVOICES: | Arrest #: Q13639344 |
|---|---|

**INVOICE#  COMMAND  PROPERTY TYPE  VALUE**

| SEALED | SEALED |
|---|---|

| ARRESTING OFFICER: POM MATTHEW SMITH | Arrest #: Q13639344 |
|---|---|

| | | |
|---|---|---|
| Tax Number: 952253 | On Duty: YES | |
| Other ID (non-NYPD): 952253 | In Uniform: YES | Force Used: NO |
| Shield: 9407 | Squad: 1 | Type: |
| Department: NYPD | Chart: 02 | Reason: |
| Command: 169 | Primary Assignment: | Officer Injured: NO |

| SEALED | SEALED |
|---|---|

| Arresting Officer Name: POM SMITH, MATTHEW | Tax #: 952253 | Command: 169 | Agency: NYPD |
|---|---|---|---|
| Supervisor Approving: SGT DALY STEPHEN | Tax #: 945169 | Command: 115 | Agency: NYPD |
| Report Entered by: POM SMITH, MATTHEW | Tax #: 952253 | Command: 169 | Agency: NYPD |

| END OF ARREST REPORT Q13639344 |
|---|