**MEDICAL TREATMENT OF PRISONER**
PD 244-150 (Rev. 12-99)-Pent-RMU

## SECTION I - TO BE COMPLETED BY N.Y.P.D.

Date: 7/1/13

Prisoner's Name (Last, First, M.I.) (Print): CORTES, GONZALO
Age: 44
Sex: M
Address: [redacted] ASTORIA, NY
Apt: 12

Arresting Officer: Rank P.O. Name: SMITH, MATTHEW Shield No. 9407 Tax Reg. No. 952253 Command 115

Arrest No. Q13639344 Cmd. Of Arrest 115 Charge PL 120.00, PL 240.26

Escort Officer: Rank P.O. Name: SMITH, MATT Shield No. 9407 Tax Reg. No. 952253 Command 115

Prisoner Requests/Requires Medical Aid: ☒ Yes ☐ No
Prisoner Refused Medical Aid: ☐ Yes ☒ No
Date: 7/1/13 Time: 0735

Transported To Hospital: EGH Date: 7/1/13 Time: 0735

Attempted Suicide: ☐ Yes ☒ No
Nature Of Illness/Injury: Pain to Shoulder
If Injury: ☒ Old ☐ New

E.S.U. Responded: ☒ No

Prescription Medication Possessed At Arrest: ☒ No

**Remarks:** SMALL CUT TO HAND, COMPLAIN OF SHOULDER PAIN PRIOR POLICE CONTACT

Prisoner Refused Medical Aid In The Field: ☒ No
Prisoner Refused Medical Aid At The Command: ☒ No

NYPD Supervisor/Desk Officer: Cmd. Of Arrest/Court Section: 115 Date: 7/1/13 Time: 0600

## SECTION II - TO BE COMPLETED BY HOSPITAL MEDICAL STAFF

DISTRIBUTION: 1. WHITE, 2. BLUE, 3. PINK – DEPT OF CORRECTION 4. BUFF – CMD. OF ARREST 5. GREEN – ARRAIGNING JUDGE

DEF 211