# MEDICAL TREATMENT OF PRISONER
PD 244-150 (Rev. 12-99)-Pent-RMU

Date: 7/1/13

## SECTION I - TO BE COMPLETED BY N.Y.P.D.

**Prisoner's Name:** CORTES, GONZALO
**Age:** 44  **Sex:** M
**Zip Code:** 11106

**Arresting Officer:** PO SMITH  **Shield No.:** 9407  **Tax Reg. No.:** 952253  **Command:** 169

**Arrest No.:** Q13639344  **Cmd. Of Arrest:** 115  **Charge:** PL-120.00 / PL-240.26

**Escort Officer:** PO SNDIA  **Shield No.:** 6503  **Tax Reg. No.:** 939399  **Command:** 115

**Prisoner Requests/Requires Medical Aid:** ☒ Yes  ☐ No
**Prisoner Refused Medical Aid:** ☐ Yes  ☒ No
**Date:** 7/1/13  **Time:** 0735

**Transported To Hospital:** EGH  **Date:** 7/1/13  **Time:** 0735

**Returned From Hospital Date:** 7/1/13  **Time:** 1400
**Attempted Suicide:** ☐ Yes  ☒ No
**Nature Of Illness/Injury:** PAIN TO RT. SHOULDER
**If Injury:** ☐ Old  ☒ New

**Restraining Devices Used:** ☐ Yes
**E.S.U. Responded:** ☒ No

**Prescription Medication Possessed At Arrest:** ☐ Yes  ☒ No

**Remarks:** PRISONER SUSTAINED A MINOR LACERATION TO RT. HAND AND A COMPLAINT OF PAIN TO RT. SHOULDER, WAS CHECKED AND [illegible] BY ELM GEN. HOSPITAL.

**Prisoner Refused Medical Aid In The Field:** ☐ Yes  ☒ No
**Prisoner Refused Medical Aid At The Command:** ☐ Yes  ☒ No
**Prisoner Refused Medical Aid Within The Court Section:** ☐ Yes  ☒ No
**Recommend Prisoner Be Separated From General Population:** ☐ Yes  ☒ No

**E.M.S. Court Section:** Shield # 3350  Date 7-1-13  Time 1503

**NYPD Supervisor/Desk Officer:** Cmd. Of Arrest/Court Section 115  Date 7/1/13  Time 0600

## SECTION II - TO BE COMPLETED BY HOSPITAL MEDICAL STAFF

**Admitted To Hospital:** ☐ Yes  ☒ No
**Suicide Watch Recommended By Hospital Staff:** ☐ Yes  ☒ No
**Transfer to Psychiatric Hospital Recommended By Hospital Medical Staff:** ☐ Yes  ☒ No
**Medication Prescribed:** ☒ Yes  ☐ No
**Medication To Be Taken As Prescribed:** ☒ Yes  ☐ No

**Medication To Travel With Prisoner:** ☐ Yes  ☒ No
**Refer To Psychiatric Hospital:** ☐ Yes  ☒ No

**Print Name:** FERNANDO, DINALI  **Title:** MD  **Date:** 7/1/13  **Time:** 1310

**NYPD Court Section Supervisor:** Date 7/1/13  Time 1503

DISTRIBUTION: 1. WHITE, 2. BLUE, 3. PINK – DEPT. OF CORRECTION, 4. BUFF – CMD. OF ARREST, 5. GREEN – ARRAIGNING JUDGE.
(Receipt will be obtained by Escorting Officer on PINK COPY and returned to COURT SECTION facility. Upon receipt of PINK COPY, COURT SECTION Supervisor will remove BUFF COPY from FILE and forward it to COMMAND OF ARREST FOR FILE.)

NOTE: A PHOTO COPY OF THIS FORM MAY BE PROVIDED UPON REQUEST TO HEALTH AND HOSPITALS CORPORATION (HHC) PERSONNEL.

DEF 258