```
CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS                              CERTIFICATE OF DISPOSITION
                                                   NUMBER:  269416
THE PEOPLE OF THE STATE OF NEW  YORK
                 VS

CORTES,GONZALO A                              _____████_____
Defendant                                     Date of Birth

████████████_____           ███████████████████████████
Address                                          Number

ASTORIA              NY    11106              _____07/01/2013_____
City                 State  Zip               Date of Arrest/Issue

Docket Number: 2013QN036178                   Summons No:

120.00 240.26
Arraignment Charges


Case Disposition Information:

   Date            Court Action                  Judge                Part
10/07/2013   DISM - SPEEDY TRIAL PROVISIONS   MORRIS,G                AP1
```

NO FEE CERTIFICATION

_  GOVERNMENT AGENCY        _ COUNSEL ASSIGNED

_  NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

   SOURCE   _ ACCUSATORY INSTRUMENT   _ DOCKET BOOK/CRIMS   _ CRC3030[CRS963]


       I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
   THIS COURT.
   DEELY,M   *mDeely*                          08/25/2014
   COURT OFFICIAL SIGNATURE AND SEAL           DATE            FEE: NONE


(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
          SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)

DEF 8