

**PRISONER HOLDING PEN ROSTER**
PD# 244-1410 (3-99)-Pent-RMU

PRECINCT/DETECTIVE SQUAD __115__
REPORT FOR 24 HOUR PERIOD BEGINNING AT 0001 HOURS, MONTH __7__ DAY __1__ YEAR __13__
TOTAL NUMBER OF PRISONERS DETAINED FOR 24 HOUR PERIOD _____

| TIME IN | PRISONER NAME LAST, FIRST | SEX | MEMBER GUARDING / SHIELD NO. | PRISONER CONDITION - GUARDING OFFICER ENTER TIME EVERY 30 MINUTES / SUPERVISOR ENTER TIME & INITIALS DURING PERIODIC VISITS | TIME OUT | REMARKS |
|---|---|---|---|---|---|---|
| 0105 | [redacted] | M | Ryan / Patrol | 0135 0200 0235 0305 0400 0435 0500 0600 0700 0730 0800 0830 0930 | 1035 | |
| 0105 | [redacted] | M | Ryan / Patrol | 0135 0200 0300 0335 0400 0500 0600 0700 0730 0800 0830 0930 1000 | 1035 | |
| 0205 | [redacted] | M | Cestaro / 169 | 0235 0335 0400 0430 0500 0600 0630 0700 0730 | 0735 | |
| 0220 | [redacted] | M | Musa / 169 | 0235 0335 0400 0430 0500 0600 0630 0700 0730 | 0735 | |
| 0340 | [redacted] | F | Kreylar / 169 | 0400 0430 0500 0600 0630 0700 0730 | 0735 | |
| 0350 | [redacted] | M | Smith / 169 | 0420 0500 0600 0630 0700 0730 | 0800 | Rel - By EMS #133 46B |
| 0410 | [redacted] | M | Scholz / Patrol | 0430 0500 0600 0630 0700 0730 | 0735 | |
| 0410 | [redacted] | M | Arceo / Patrol | 0430 | 0445 | |
| 0422 | [redacted] | M | Cappvara / 169 | 0500 0530 0630 0700 0730 | 0735 | |
| 0440 | Capt Off | | | | | |

**NEVER LEAVE PRISONERS UNATTENDED**
Supervisors must personally and periodically inspect prisoner holding pens and enter results of inspection in appropriate caption.

CONF DEF 176