

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

ELISSA B. JACOBS
*Senior Counsel*
Phone: (212) 356-3540
Fax: (212) 356-3509
ejacobs@law.nyc.gov

May 31, 2019

**BY ECF**
Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11211

    Re: Cortes v. Musa,
       14-CV-3014 (LDH) (RML)

Your Honor:

  I am a Senior Counsel in the Office of the Corporation Counsel of the City of New York assigned to the defense of the above-referenced matter. I write in accordance with Your Honor's Order of April 24, 2019, to respectfully request that the Joint Pre-Trial Order in this matter be amended to add a single witness and a single document that defendants intend to rely on for their case in chief. Those are: Dr. Herbert Sherry as defendant's expert witness his expert report, dated May 6, 2019 as an exhibit.

-2-

To the extent the Court would like an updated copy of the Joint Pre-Trial Order, defendant can provide one by Tuesday, June 4, 2019.[1]  Thank you for your attention to this matter.
.

                                        Respectfully submitted,

                                        /s/
                                      Elissa B. Jacobs
                                      *Senior Counsel*

cc      All counsel (via ECF)

---

[1] In his letter from earlier this evening, plaintiff notes that he attempted to contact defense counsel regarding an updated joint pre-trial order prior to filing his letter.  Counsel notes simply that the e-mail including plaintiff's proposed changes was time-stamped 4:04 p.m. on the date the proposed changes were due, and there were no prior communications between counsel or requests for copies of the "Word" copy of the JPTO.