

eeplaw.com
**80 Pine Street, 38th Floor**
**New York, New York 10005**
**T. 212.532.1116 F. 212.532.1176**

New Jersey Office
576 Main Street, Suite C
Chatham, New Jersey 07928

September 9, 2021

**BY ECF**
Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11211

      Re:    *Cortes v. City of New York, et al.*, 14 CV 3014 (LDH) (RML)

Your Honor:

      I represent plaintiff in the above-referenced civil rights action. I write to respectfully request that the Court convene a conference. Defendants do not object to this request.

      If it should please the Court, the parties last appeared before Your Honor on September 30, 2020. At the time, the Court adjourned the retrial that had been scheduled for November 2020 and referred the parties to the assigned U.S. Magistrate Judge for settlement discussions. Those discussions took place but were unproductive. *See* DE #120.

      On behalf of Mr. Cortes, we respectfully request that the Court convene a conference for the purposes of setting a date for the retrial in this action.

      Thank you for your consideration of this request.

                                Respectfully submitted,

                                  Gabriel P. Harvis

cc:    All Counsel