

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**ELISSA B. JACOBS**
*Senior Counsel*
Phone: (212) 356-3540
Fax: (212) 356-3509
ejacobs@law.nyc.gov

November 14, 2022

**BY ECF**
Honorable Robert M. Levy
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Gonzalo Cortes v. P.O. Musa, 14-CV-3014 (LDH)(RML)

Your Honor:

I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department and one of the attorneys assigned to the defense of this case. I write to inform Your Honor that defendant has provided the necessary expert disclosures. The parties are ready for trial and ask that the Court schedule a trial date.

I thank the Court for its time and consideration of this matter.

Respectfully submitted,

*s/ Elissa B. Jacobs*

Elissa B. Jacobs
*Senior Counsel*
Special Federal Litigation Division

cc:   All Counsel (by ECF)